

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00144-CV

| | | |
|---|---|---|
| IN THE MATTER OF A.K. | § | On Appeal from the 323rd District Court |
| | § | of Tarrant County (323-122274-23) |
| | § | November 7, 2024 |
| | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's April 24, 2024 judgment and order of commitment. It is ordered that the April 24, 2024 judgment and order of commitment of the trial court are reversed, and the case is remanded to the trial court for further proceedings consistent with this opinion.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack